

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Roosevelt J. Jones, Appellant

No. 06-16-00037-CV    v.

Plains Pipeline, L.P., a Texas Limited
Partnership, Appellee

Appeal from the 402nd District Court of
Wood County, Texas (Tr. Ct. No. 2015-
687). Opinion delivered by Chief Justice
Morriss, Justice Moseley and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed
for want of jurisdiction. Therefore, we dismiss the appeal.

We further order that the appellant, Roosevelt J. Jones, pay all costs of this appeal.

RENDERED JANUARY 5, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk